**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

MUSA CONTEH

VERSUS

U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT, ET AL.

CIVIL ACTION NO. 26-1534

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE PEREZ-MONTES

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 4, the petitioner's Petition for Writ of Habeas Corpus, Record Document 1, and with no written objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the petition of Musa Conteh is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE